# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00778-CV

**Susan LeFrances Colpitts, Appellant**

**v.**

**Leland Quentin Beatty, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. FM103493, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Susan LeFrances Colpitts filed with this Court a motion to dismiss her appeal, informing this Court that she no longer wishes to pursue her appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed:   April 10, 2003